HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
TIMOTHY ZINDEL, CA SBN 158377
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel. (916) 498-5700
Fax (916) 498-5700
timothy_zindel@fd.org

Attorney for Defendant
JULIETTE SIU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JULIETTE SIU,<br><br>    Defendant. | Case No. 6:17-PO-00621 JDP<br><br>**MOTION TO VACATE REVIEW HEARING (unopposed); ORDER** |

    Defendant Juliette Siu moves the Court to vacate the February 5, 2019 review hearing. The Government has advised defense counsel that it agrees this motion should be granted.

    On March 6, 2018, pursuant to a deferred entry of judgment, the Court sentenced Ms. Siu to 12 months probation with conditions that she obey all laws and report law enforcement contact within 7 days. The Court also ordered Mr. Siu to pay a fine of $600.00. Ms. Siu paid her fine in full and has had no law violations. Because Ms. Siu has complied with the terms of her probation, the parties request that the Court vacate the February 5, 2019 review hearing.

/////

/////

/////

Defense will submit a separate motion to dismiss after the probation term expires.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2019

/s/ Tim Zindel
TIM ZINDEL
Assistant Federal Defender
Attorney for JULIETTE SIU

# **O R D E R**

Pursuant to the parties' request, the February 5, 2019 review hearing is vacated.

IT IS SO ORDERED.

Dated: January 28, 2019

UNITED STATES MAGISTRATE JUDGE