| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, Bar #158377 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | (916) 498-5700 |
| 5 | timothy_zindel@fd.org |
| 6 | Attorney for Defendant |
| | JULIETTE K SIU |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-PO-00621 JP |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO DISMISS; ORDER** |
| JULIETTE K SIU, | |
| Defendant. | |

Defendant Juliette K Siu hereby move the Court to dismiss the above case pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On March 6, 2018, Ms. Siu pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). The Court deferred the entry of judgment for 12 months on condition Ms. Siu pay a fine, which she has paid. On January 29, 2019, the Court vacated Ms. Siu's review hearing because she had complied with the terms of her deferment. The deferment ended on March 5, 2019.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Because the term of probation has expired without any violation of the conditions of probation,

Ms. Siu respectfully asks that the Court, without entering a judgment of conviction, dismiss the proceedings.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: April 2, 2019                         /s/ *Tim Zindel*
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for JULIETTE K SIU

## **O R D E R**

     Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Ms. Siu.

IT IS SO ORDERED.

Dated:   April 2, 2019                                                     
                                                        UNITED STATES MAGISTRATE JUDGE